NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Herberto Moreno,<br><br>  Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>  Defendants. | No. CV-21-00121-PHX-SRB (ESW)<br><br>**ORDER** |

Plaintiff, Jorge Herberto Moreno filed a Civil Rights Complaint in this Court alleging the denial of constitutionally adequate medical care and named as Defendants two medical providers, Ortiz and Merriman, David Shinn, the Director of the Arizona Department of Corrections (ADOC) and Centurion, the contracted medical provider for ADOC.  On screening this Court allowed the claims to proceed against Defendants Ortiz and Merriman but dismissed Defendants Shinn and Centurion.  Defendants Ortiz and Merriman have answered, and a Case Management Order has been entered. (Docs. 18 &19)

Plaintiff sought leave to amend which was granted. His First Amended Complaint was screened, and Defendants Shinn and Centurion were again named as was the Arizona Department of Corrections. The Magistrate Judge has issued a Report and Recommendation recommending that Defendants Shinn, Centurion and ADOC be dismissed.  Plaintiff filed timely written objections to which Defendants have responded. Plaintiff objects to the dismissal of Defendants Shinn and Centurion

but not to the dismissal of Defendant ADOC.

Plaintiff states in his Objections that "Defendant Shinn cannot be dismissed …since it is his fault that [Plaintiff is] not getting medical care" and "Centurion Medical Services needs to remain a defendant since knowledge of denial of medical treatment cannot be used" and "Centurion is the only one who can provide the medical treatment [his] injury requires." (Doc. 30, Obj. to R. & R. at 1-2.) Plaintiff's Objections do not address the basis for the Magistrate Judge's recommended dismissal–that is, the claim against Defendant Shinn is an alleged failure to supervise and train and to oversee the contract with Centurion and against Centurion is an alleged lack of training and supervision of its employees. Plaintiff fails to show in his Objections that the Magistrate Judge erred in concluding that he has failed to allege facts to support these claims of failure of training, supervision and oversight or to link any such failures to Plaintiff's injuries.

IT IS ORDERED overruling Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge.

IT IS FURTHER ORDERED adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court.

IT IS FURTHER ORDERED dismissing Defendants Shinn, Centurion and Arizona Department of Corrections from the First Amended Complaint.

Dated this 16th day of August, 2021.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge