**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Herberto Moreno,<br><br>  Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>  Defendants. | No. CV-21-00121-PHX-SRB (ESW)<br><br>**ORDER** |

The Court has considered Defendants' Motion for Extension of Dispositive Motion Deadline (Doc. 39).  Good cause appearing,

IT IS ORDERED granting the Motion for Extension of Dispositive Motion Deadline (Doc. 39).

IT IS FURTHER ORDERED extending the deadline for filing dispositive motions to **December 14, 2021**.

The remainder of the Scheduling Order (Doc. 19) is affirmed.

Dated this 17th day of November, 2021.

_____
Honorable Eileen S. Willett
United States Magistrate Judge